People of the State of Illinois ex rel. Calumet Federal Savings and Loan Association of Chicago et al., Appellees, v. City of Chicago and County of Cook, State of Illinois, Defendants.
Appeal of County of Cook, Appellant.

Gen. No. 42,457.

opinion filed May 29, 1944; rehearing denied June 12, 1944. Thomas J. Courtney, State's Attorney, for appellant; Marshall V. Kearney, Jacob Shamberg and David Leeds, Assistant State's Attorneys, of counsel; Urion, Bishop & Sladkey, Peden, Ryan & Andreas and Arthur J. Hughes, for appellees; Howard F. Bishop, Gerald Ryan and Philip Gibbons, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full.